[No. 21835-0-III.  Division Three.  October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ZANE ALAN CALDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 02-1-00155-1, Rebecca M. Baker, J., entered February 21, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22491-1-III.  Division Three.  October 11, 2005.]

*In the Matter of the Estate of* LILLIAN G. ROBINSON.

AVIS HAMLIN, *Appellant*, v. CLYDE ROBINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-4-00517-5, Michael W. Leavitt, J., entered August 29, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22707-3-III.  Division Three.  October 11, 2005.]

ST. MARY MEDICAL CENTER, *Respondent*, v. WILMA J. SIBBETT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-2-00432-5, Donald W. Schacht, J., entered January 5, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 22952-1-III.  Division Three.  October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD A. FOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00214-7, Craig J. Matheson, J., entered April 16, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.